that is no reason why we should shut our eyes to the nature of the tax and its destructive influence. The power to impose a license tax on the exercise of these freedoms is indeed as potent as the power of censorship which this Court has repeatedly struck down."

The license tax involved here is a privilege tax in fact as well as in form—"a flat tax imposed on the exercise of a privilege granted by the Bill of Rights." 319 U. S., at p. 113. No government can exact a price for the exercise of a privilege which the Constitution guarantees.

No. 139. Bertel et al. v. Panama Transport Co. et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas and Mr. Justice Jackson are of the opinion certiorari should be granted. *Robert M. Benjamin* and *Abraham Fishbein* for petitioners. *Ira A. Campbell* for respondents.

No. 159. Johns v. Associated Aviation Underwriters et al. C. A. 5th Cir. Certiorari denied. *Fred W. Moore* for petitioner. *Denman Moody* for respondents.

No. 172. Chesapeake & Ohio Railway Co. v. Van Lierop. Supreme Court of Michigan. Certiorari denied. Mr. Justice Reed took no part in the consideration or decision of this application. *William E. Miller* for petitioner. *H. Clair Jackson* and *William L. Fitzgerald* for respondent.

No. 175. Hotel and Restaurant Employees and Bartenders International Union, Local No. 181, et al. v. Blue Boar Cafeteria Co., Inc. Court of Appeals of Kentucky. Certiorari denied. Mr. Justice Douglas is of the opinion that the petition for writ of certiorari